UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MONTEREY PLAZA HOTEL LIMITED PARTNERSHIP, et al.,<br><br>    Defendants. | Case No. 22-cv-07540-RFL (LJC)<br><br>**ORDER REGARDING ATTORNEY SUBSTITUTION** |

The undersigned has been notified via email to her courtroom deputy that certain Defendants have new counsel for this action. Reportedly, counsel from the Tyson & Mendes firm intend to take over representation from Phillip Stillman. New counsel must either have the necessary admission to this district or request to appear pro hac vice, and shall file a notice of appearance. Mr. Stillman shall take all steps required under Civil Local Rule 11-5 if he intends to withdraw. The undersigned expects that these matters will be addressed no later than May 6, 2024 in light of ongoing settlement efforts.

**IT IS SO ORDERED.**

Dated: April 30, 2024

LISA J. CISNEROS
United States Magistrate Judge